## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:14-cr-00168 |
| ) | Judge Trauger |
| [1] CHRIS SUHAIL FOLAD ) | |
| [2] KHALED NABIL ABDEL FATTAH ) | |

### ORDER

The defendants' Consolidated Motion to Set Evidentiary Hearing (Docket No. 54) is GRANTED. An evidentiary hearing shall be held on the Consolidated Motion to Dismiss Amended Indictment (Docket No. 52) on Thursday, May 19, 2016 at 1:00 p.m. The government shall respond to the Consolidated Motion to Dismiss Amended Indictment by Monday, May 16, 2016.

It is so **ORDERED**.

ENTER this 3rd day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

1